402 A.2d 662

COMMONWEALTH of Pennsylvania, Appellee,

v.

Herman Nathanuel DUNCAN, Appellant.

Supreme Court of Pennsylvania.

Submitted May 21, 1979.

Decided July 5, 1979.

Marilyn C. Zilli, Asst. Public Defender, for appellant.

Marion E. MacIntyre, Second Asst. Dist. Atty., for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO, LARSEN and FLAHERTY, JJ.

## OPINION OF THE COURT

PER CURIAM:

This appeal is dismissed as improvidently granted.